## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and ASTEX THERAPEUTICS LTD., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No.: _____ |
| v. | ) ) ) | |
| ALEMBIC PHARMACEUTICALS LTD. and ALEMBIC PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT

Novartis Pharmaceuticals Corporation ("Novartis") and Astex Therapeutics Ltd. ("Astex") (collectively, "Plaintiffs"), by their attorneys, hereby allege as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, against defendants Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. (collectively, "Alembic" or "Defendants"). This action relates to Abbreviated New Drug Application ("ANDA") Nos. 215676 and 215677 (the "Alembic ANDAs") filed by Defendants with the United States Food and Drug Administration ("FDA"), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of 200 mg ribociclib tablets, generic versions of Plaintiffs' KISQALI® drug tablets and KISQALI® FEMARA® CO-PACK (collectively, the "Alembic ANDA Products"), prior to the expiration of U.S. Patent Nos. 8,324,225 ("the '225 patent"), 8,415,355 ("the '355 patent"), 8,685,980 ("the '980 patent"), 8,962,630 ("the '630 patent"), and 9,416,136 ("the '136 patent") (collectively, "the Asserted Patents").

ME1 52511626v.1

## PARTIES

**A.    Novartis Pharmaceuticals Corporation and Astex Therapeutics Ltd.**

2.    Novartis Pharmaceuticals Corporation is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 59 Route 10, East Hanover, New Jersey 07936.

3.    Astex Therapeutics Ltd. is a British corporation with its principal place of business at 436 Cambridge Science Park, Cambridge, CB4 0QA, United Kingdom.

**B.    Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc.**

4.    Upon information and belief, Alembic Pharmaceuticals Ltd. is a corporation organized and existing under the laws of India, having a principal place of business at Alembic Road, Vadodara 390003, Gujarat, India.

5.    Upon information and belief, Alembic Pharmaceuticals, Inc. is a corporation organized and existing under the laws of the State of Delaware, having a registered agent for the service of process at National Registered Agents, Inc., 1209 Orange Street, Wilmington, Delaware 19801, and having a principal place of business at 750 Route 202, Bridgewater, New Jersey 08807. Upon information and belief, Alembic Pharmaceuticals, Inc. is a wholly owned subsidiary of Alembic Pharmaceuticals Ltd.

6.    Upon information and belief, Defendants are agents of each other with respect to the development, regulatory approval, marketing, sale, and/or distribution of generic products within the United States. Upon information and belief, the acts of Defendants complained of herein were done with the cooperation, participation, and assistance of, and at least in part for the benefit of, each other.

7.    Upon information and belief, Defendants constitute a generic pharmaceutical organization that works in concert to develop, manufacture, market, and distribute generic

2

pharmaceutical products for sale in the State of Delaware and throughout the United States.

## DEFENDANTS' INFRINGING ACTS

8.      In a first letter dated January 31, 2025 (the "Alembic Notice Letter"), Defendants notified Plaintiffs (i) that Alembic had submitted to the FDA ANDA No. 215677, seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of 200 mg ribociclib tablets in or into the United States, including Delaware, prior to the expiration of the Asserted Patents, and (ii) that ANDA No. 215677 includes a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) against the Asserted Patents.

9.      In a second letter dated January 31, 2025 (the "Alembic Copack Notice Letter"), Defendants notified Plaintiffs (i) that Alembic had submitted to the FDA ANDA No. 215676, seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of a co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States, including Delaware, prior to the expiration of the Asserted Patents, and (ii) that ANDA No. 215676 includes a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) against the Asserted Patents.

10.     Defendants have committed an act of infringement in this judicial district by filing the Alembic ANDAs with the intent to make, use, sell, offer for sale, and/or import the Alembic ANDA Products in or into this judicial district prior to the expiration of the Asserted Patents, an act of infringement that has led to and will lead to foreseeable harm and injury to Novartis, a Delaware corporation.

11.     Upon information and belief, Alembic Pharmaceuticals, Inc. acted in concert with and under the direction of Alembic Pharmaceuticals Ltd. in the preparation and submission of the Alembic ANDAs, and, if one or both of the Alembic ANDAs are approved, will act in concert with and under the direction of Alembic Pharmaceuticals Ltd. to engage in the commercial

manufacture, use, sale, offer for sale, and/or importation of the Alembic ANDA Products in or into the United States, including Delaware, prior to the expiration of the Asserted Patents.

12.     Alembic Pharmaceuticals Ltd., by itself or together with Alembic Pharmaceuticals, Inc., has taken the costly, significant step of applying to the FDA for approval to engage in future activities, including the marketing of the Alembic ANDA Products, that will be purposefully directed at Delaware and elsewhere.

13.     Upon information and belief, Alembic Pharmaceuticals Ltd. has systematic and continuous contacts with Delaware; has established distribution channels for drug products in Delaware; regularly and continuously conducts business in Delaware, including by selling drug products in Delaware either directly or indirectly through subsidiaries, agents, or affiliates, including Alembic Pharmaceuticals, Inc.; has purposefully availed itself of the privilege of doing business in Delaware; and derives substantial revenue from the sale of drug products in Delaware.

14.     Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. have availed themselves of the legal protections of the State of Delaware by, among other things, admitting jurisdiction and asserting counterclaims in lawsuits filed in the United States District Court for the District of Delaware. *See, e.g.*, *CyDex Pharm. Inc. v. Alembic Global Holding SA et al.*, C.A. No. 19-956 (D. Del.); *Otsuka Pharm. Co., Ltd. et al. v. Alembic Pharm. Ltd. et al.*, C.A. No. 19-2007 (D. Del.); *Astrazeneca AB et al. v. Alembic Pharm. Ltd. et al.*, C.A. No. 20-202 (D. Del.); *Abbvie Inc. et al. v. Alembic Pharm. Ltd. et al.*, C.A. No. 20-968; *Otsuka Pharm. Co., Ltd. et al. v. Alembic Pharm. Ltd. et al.*, C.A. No. 20-1365; *Novartis Pharm. Corp. v. Alembic Pharm. Ltd. et al.*, C.A. No. 20-74 (D. Del.); *Novartis Pharm. Corp. v. MSN Pharms. Inc., et al.*, C.A. No. 22-1395 (D. Del.).

## JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331,

1338(a), 2201, and 2202.

16.     This Court has personal jurisdiction over Alembic Pharmaceuticals Ltd. under Federal Rule of Civil Procedure 4(k)(2), because, upon information and belief, Alembic Pharmaceuticals Ltd. is organized under the laws of India and the exercise of personal jurisdiction over Alembic Pharmaceuticals Ltd. is consistent with the United States Constitution and laws.

17.     This Court has personal jurisdiction over Alembic Pharmaceuticals, Inc. because Alembic Pharmaceuticals, Inc. is a corporation incorporated and existing under Delaware law.

18.     This Court also has personal jurisdiction over Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. because, upon information and belief, Defendants committed or aided, abetted, contributed to, or participated in the commission of tortious acts of patent infringement in preparing and submitting the Alembic ANDAs with a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV), wherein such acts will lead to foreseeable harm and injury to Novartis, a Delaware corporation.

19.     Upon information and belief, the effort to seek approval for the Alembic ANDAs and to manufacture, import, market, and/or sell the Alembic ANDA Products upon approval has been a cooperative and joint enterprise and venture between Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc.

20.     This Court also has personal jurisdiction over Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. because, upon information and belief, each Defendant, independently or in concert, upon approval of one or both of the Alembic ANDAs, will market, distribute, offer for sale, and/or sell the Alembic ANDA Products in the United States, including in Delaware, and will derive substantial revenue from the use or consumption of the Alembic ANDA Products in the State of Delaware.

21.     This Court also has personal jurisdiction over Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. because, upon information and belief, the Alembic ANDA Products, upon approval of one or both of the Alembic ANDAs, will be marketed, distributed, offered for sale, and/or sold in Delaware; prescribed by physicians practicing in Delaware; dispensed by pharmacies located within Delaware; and/or used by patients in Delaware, all of which will have a substantial effect on Delaware.

22.     This Court also has personal jurisdiction over Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. because, upon information and belief, Defendants' affiliations with the State of Delaware, including Alembic Pharmaceuticals, Inc.'s incorporation in Delaware, Alembic Pharmaceuticals, Inc.'s availing itself, at the direction of Alembic Pharmaceuticals Ltd., of the legal protections of the State of Delaware, and Alembic Pharmaceuticals, Ltd.'s ownership of and actions in concert with Alembic Pharmaceuticals, Inc., are sufficiently continuous and systematic as to render Defendants at home in this forum.

23.     Upon information and belief, Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. operate as an integrated business with respect to the regulatory approval, manufacturing, marketing, sale, and distribution of generic pharmaceutical products, including the Alembic ANDA Products, throughout the United States including in this judicial district.

24.     For these reasons, and for other reasons that will be presented to the Court if jurisdiction is challenged, the Court has personal jurisdiction over Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc.

25.     Venue is proper in this Court because Alembic Pharmaceuticals, Inc. is incorporated under the laws of the State of Delaware and therefore resides in this judicial district, and Alembic Pharmaceuticals Ltd. is a foreign entity who may be sued in any judicial district,

including Delaware. 28 U.S.C. §§ 1391(c)(3), 1400(b). Defendants have also previously conceded that venue is proper in Delaware for at least the cases listed above and have conceded that venue is proper in Delaware for purposes of the counterclaims filed in those cases.

## THE PATENTS-IN-SUIT AND KISQALI®

26.    Plaintiffs are the owners of the '225 patent, titled "Pyrrolopyrimidine Compounds and Their Uses." The '225 patent was duly and legally issued on December 4, 2012. A true and correct copy of the '225 patent is attached hereto as Exhibit A.

27.    The '225 patent generally claims a compound of Formula I or a pharmaceutically acceptable salt thereof and a pharmaceutical composition comprising the same.

28.    Plaintiffs are the owners of the '355 patent, titled "Pyrrolopyrimidine Compounds and Their Uses." The '355 patent was duly and legally issued on April 9, 2013. A true and correct copy of the '355 patent is attached hereto as Exhibit B.

29.    The '355 patent generally claims a compound 7-cyclopentyl-2-(5-piperazin-1-ylpyridin-2-ylamino)-7H-pyrrolo[2,3-d]pyrimidine-6-carboxylic    acid    dimethylamide ("ribociclib") or a pharmaceutically acceptable salt thereof and a pharmaceutical composition comprising the same.

30.    Plaintiffs are the owners of the '980 patent, titled "Pyrrolopyrimidine Compounds and Their Uses." The '980 patent was duly and legally issued on April 1, 2014. A true and correct copy of the '980 patent is attached hereto as Exhibit C.

31.    The '980 patent generally claims a compound of formula I or a pharmaceutically acceptable salt thereof, a compound of formula I(a) or a pharmaceutically acceptable salt thereof, and a pharmaceutical composition comprising the same.

32.    Plaintiffs are the owners of the '630 patent, titled "Pyrrolopyrimidine Compounds and Their Uses." The '630 patent was duly and legally issued on February 24, 2015. A true and

correct copy of the '630 patent is attached hereto as Exhibit D.

33.    The '630 patent generally claims a method for the treatment of cancer through the inhibition of a cyclin-dependent kinase, comprising administering an effective amount of 7-cyclopentyl-2-(5-piperazin-1-yl-pyridin-2-ylamino)-7H-pyrrolo[2,3-d]pyrimidine-6-carboxylic acid dimethylamide or a pharmaceutically acceptable salt thereof.

34.    Plaintiffs are the owners of the '136 patent, titled "Pyrrolopyrimidine Compounds and Their Uses." The '136 patent was duly and legally issued on August 16, 2016. A true and correct copy of the '136 patent is attached hereto as Exhibit E.

35.    The '136 patent generally claims methods for the treatment of cancer through the inhibition of cyclin-dependent kinase 4 comprising administering a compound of formula I or a pharmaceutically acceptable salt thereof and a compound of formula I(a) or a pharmaceutically acceptable salt thereof.

36.    Novartis is the holder of New Drug Application ("NDA") No. 209092 by which the FDA granted approval for the commercial manufacturing, marketing, sale, and use of KISQALI® (ribociclib) tablets. KISQALI® is currently indicated (i) in combination with an aromatase inhibitor for the adjuvant treatment of adults with hormone receptor (HR)-positive, human epidermal growth factor receptor 2 (HER2)-negative stage II and III early breast cancer at high risk of recurrence; and (ii) for the treatment of adults with HR-positive, HER2-negative advanced or metastatic breast cancer, in combination with (a) an aromatase inhibitor as initial endocrine-based therapy; or (b) fulvestrant as initial endocrine-based therapy or following disease progression on endocrine therapy.

37.    Novartis is the holder of NDA No. 209935 by which the FDA granted approval for the commercial manufacturing, marketing, sale, and use of KISQALI® FEMARA® CO-PACK

(ribociclib tablets and letrozole tablets). KISQALI® FEMARA® CO-PACK is currently indicated (i) for the adjuvant treatment of adults with hormone receptor (HR)-positive, human epidermal growth factor receptor 2 (HER2)-negative stage II and III early breast cancer at high risk of recurrence; and (ii) as initial endocrine-based therapy for the treatment of adults with HR-positive, HER2-negative advanced or metastatic breast cancer therapy.

38.    One or more claims of each of the Asserted Patents cover KISQALI®, KISQALI® FEMARA® CO-PACK, and/or the use of any of the foregoing.

39.    The FDA's official publication of approved drugs (the "Orange Book") lists the Asserted Patents in connection with each of KISQALI® and KISQALI® FEMARA® CO-PACK.

## INFRINGEMENT OF THE ASSERTED PATENTS

### FIRST COUNT FOR PATENT INFRINGEMENT
### ('225 PATENT) (ANDA NO. 215677)

40.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

41.    Plaintiffs received the Alembic Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215677 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '225 patent.

42.    The '225 patent claims, *inter alia*, a compound of Formula I or a pharmaceutically acceptable salt thereof and a pharmaceutical composition comprising the same.

43.    At least one claim, including claim 1, of the '225 patent covers FDA-approved KISQALI®.

44.    Upon information and belief, Defendants submitted ANDA No. 215677 to the FDA, under Section 505(j) of the Federal Food, Drug, and Cosmetic Act ("the Act") and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of generic 200 mg ribociclib tablets in or into the United States, including

Delaware. Upon information and belief, if the FDA approves ANDA No. 215677, physicians, health care providers, and/or patients will use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '225 patent under 35 U.S.C. § 271(a).

45.     Upon information and belief, if the FDA approves ANDA No. 215677, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '225 patent with the requisite intent under 35 U.S.C. § 271(b).

46.     Upon information and belief, if the FDA approves ANDA No. 215677, Defendants will sell or offer to sell their generic ribociclib tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic ribociclib tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic ribociclib tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim, including claim 1, of the '225 patent, and wherein generic ribociclib tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '225 patent under 35 U.S.C. § 271(c).

47.     Upon information and belief, by filing ANDA No. 215677 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of Defendants' generic ribociclib tablets in or into the United States prior to the

expiration of the '225 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

48.    The Alembic Notice Letter did not allege non-infringement as to at least claim 1 of the '225 patent.

49.    Upon information and belief, Defendants had actual knowledge of the '225 patent prior to the submission of ANDA No. 215677 to the FDA.

50.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215677 complained of herein were done by and for the benefit of Defendants.

51.    If Defendants' marketing and sale of generic ribociclib tablets prior to expiration of the '225 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

52.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic Notice Letter.

**SECOND COUNT FOR PATENT INFRINGEMENT**
**('225 PATENT) (ANDA NO. 215676)**

53.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

54.    Plaintiffs received the Alembic Copack Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215676 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '225 patent.

55.    The '225 patent claims, inter alia, a compound of Formula I or a pharmaceutically acceptable salt thereof and a pharmaceutical composition comprising the same.

56.    At least one claim, including claim 1, of the '225 patent covers FDA-approved KISQALI® FEMARA® Co-Pack.

57.    Upon information and belief, Defendants submitted ANDA No. 215676 to the

11

FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215676, physicians, health care providers, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '225 patent under 35 U.S.C. § 271(a).

58.     Upon information and belief, if the FDA approves ANDA No. 215676, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '225 patent with the requisite intent under 35 U.S.C. § 271(b).

59.     Upon information and belief, if the FDA approves ANDA No. 215676, Defendants will sell or offer to sell their generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim,

12

including claim 1, of the '225 patent, and wherein a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '225 patent under 35 U.S.C. § 271(c).

60.    Upon information and belief, by filing ANDA No. 215676 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States prior to the expiration of the '225 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

61.    The Alembic Copack Notice Letter did not allege non-infringement as to at least claim 1 of the '225 patent.

62.    Upon information and belief, Defendants had actual knowledge of the '225 patent prior to the submission of ANDA No. 215676 to the FDA.

63.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215676 complained of herein were done by and for the benefit of Defendants.

64.    If Defendants' marketing and sale of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets prior to expiration of the '225 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

65.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic Copack Notice Letter.

## THIRD COUNT FOR PATENT INFRINGEMENT
## ('355 PATENT) (ANDA NO. 215677)

66.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

13

67.    Plaintiffs received the Alembic Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215677 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '355 patent.

68.    The '355 patent claims, *inter alia*, 7-cyclopentyl-2-(5-piperazin-1-yl-pyridin-2-ylamino)-7H-pyrrolo[2,3-d]pyrimidine-6-carboxylic acid dimethylamide ("ribociclib") or a pharmaceutically acceptable salt thereof and a pharmaceutical composition comprising the same.

69.    At least one claim, including claim 1, of the '355 patent covers FDA-approved KISQALI®.

70.    Upon information and belief, Defendants submitted ANDA No. 215677 to the FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of generic 200 mg ribociclib tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215677, physicians, health care providers, and/or patients will use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '355 patent under 35 U.S.C. § 271(a).

71.    Upon information and belief, if the FDA approves ANDA No. 215677, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '355 patent with the requisite intent under 35 U.S.C. § 271(b).

72.    Upon information and belief, if the FDA approves ANDA No. 215677, Defendants will sell or offer to sell their generic ribociclib tablets with provided instructions and/or label in an

14

infringing manner, wherein Defendants' generic ribociclib tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic ribociclib tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim, including claim 1, of the '355 patent, and wherein generic ribociclib tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '355 patent under 35 U.S.C. § 271(c).

73.    Upon information and belief, by filing ANDA No. 215677 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of Defendants' generic ribociclib tablets in or into the United States prior to the expiration of the '355 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

74.    The Alembic Notice Letter did not allege non-infringement as to at least claim 1 of the '355 patent.

75.    Upon information and belief, Defendants had actual knowledge of the '355 patent prior to the submission of ANDA No. 215677 to the FDA.

76.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215677 complained of herein were done by and for the benefit of Defendants.

77.    If Defendants' marketing and sale of generic ribociclib tablets prior to expiration of the '355 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

78.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic

Notice Letter.

## FOURTH COUNT FOR PATENT INFRINGEMENT
## ('355 PATENT) (ANDA NO. 215676)

79.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

80.    Plaintiffs received the Alembic Copack Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215676 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '355 patent.

81.    The '355 patent claims, *inter alia*, 7-cyclopentyl-2-(5-piperazin-1-yl-pyridin-2-ylamino)-7H-pyrrolo[2,3-d]pyrimidine-6-carboxylic acid dimethylamide ("ribociclib") or a pharmaceutically acceptable salt thereof and a pharmaceutical composition comprising the same.

82.    At least one claim, including claim 1, of the '355 patent covers FDA-approved KISQALI® FEMARA® Co-Pack.

83.    Upon information and belief, Defendants submitted ANDA No. 215676 to the FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215676, physicians, health care providers, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '355 patent under 35 U.S.C. § 271(a).

84.    Upon information and belief, if the FDA approves ANDA No. 215676, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer,

ME1 52511626v.1

and/or use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '355 patent with the requisite intent under 35 U.S.C. § 271(b).

85.    Upon information and belief, if the FDA approves ANDA No. 215676, Defendants will sell or offer to sell their generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim, including claim 1, of the '355 patent, and wherein a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '355 patent under 35 U.S.C. § 271(c).

86.    Upon information and belief, by filing ANDA No. 215676 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States prior to the expiration of the '355 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

87.    The Alembic Copack Notice Letter did not allege non-infringement as to at least claim 1 of the '355 patent.

88.     Upon information and belief, Defendants had actual knowledge of the '355 patent prior to the submission of ANDA No. 215676 to the FDA.

89.     Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215676 complained of herein were done by and for the benefit of Defendants.

90.     If Defendants' marketing and sale of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets prior to expiration of the '355 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

91.     This action was commenced within 45 days of Plaintiffs' receipt of the Alembic Copack Notice Letter.

## FIFTH COUNT FOR PATENT INFRINGEMENT
## ('980 PATENT) (ANDA NO. 215677)

92.     Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

93.     Plaintiffs received the Alembic Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215677 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '980 patent.

94.     The '980 patent claims, *inter alia*, a compound of formula I or a pharmaceutically acceptable salt thereof, and a pharmaceutical composition comprising the same, as well as a compound of formula I(a) or a pharmaceutically acceptable salt thereof, and a pharmaceutical composition comprising the same.

95.     At least one claim, including claim 1, of the '980 patent covers FDA-approved KISQALI®.

96.     Upon information and belief, Defendants submitted ANDA No. 215677 to the FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in

the commercial manufacture, use, sale, offer for sale, and/or importation of generic 200 mg ribociclib tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215677, physicians, health care providers, and/or patients will use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '980 patent under 35 U.S.C. § 271(a).

97.    Upon information and belief, if the FDA approves ANDA No. 215677, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '980 patent with the requisite intent under 35 U.S.C. § 271(b).

98.    Upon information and belief, if the FDA approves ANDA No. 215677, Defendants will sell or offer to sell their generic ribociclib tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic ribociclib tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic ribociclib tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim, including claim 1, of the '980 patent, and wherein generic ribociclib tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '980 patent under 35 U.S.C. § 271(c).

99.    Upon information and belief, by filing ANDA No. 215677 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or

importation of Defendants' generic ribociclib tablets in or into the United States prior to the expiration of the '980 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

100.    The Alembic Notice Letter did not allege non-infringement as to at least claim 1 of the '980 patent.

101.    Upon information and belief, Defendants had actual knowledge of the '980 patent prior to the submission of ANDA No. 215677 to the FDA.

102.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215677 complained of herein were done by and for the benefit of Defendants.

103.    If Defendants' marketing and sale of generic ribociclib tablets prior to expiration of the '980 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

104.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic Notice Letter.

<u>**SIXTH COUNT FOR PATENT INFRINGEMENT**</u>
<u>**('980 PATENT) (ANDA NO. 215676)**</u>

105.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

106.    Plaintiffs received the Alembic Copack Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215676 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '980 patent.

107.    The '980 patent claims, *inter alia*, a compound of formula I or a pharmaceutically acceptable salt thereof, and a pharmaceutical composition comprising the same, as well as a compound of formula I(a) or a pharmaceutically acceptable salt thereof, and a pharmaceutical composition comprising the same.

108.    At least one claim, including claim 1, of the '980 patent covers FDA-approved KISQALI® FEMARA® Co-Pack.

109.    Upon information and belief, Defendants submitted ANDA No. 215676 to the FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215676, physicians, health care providers, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '980 patent under 35 U.S.C. § 271(a).

110.    Upon information and belief, if the FDA approves ANDA No. 215676, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '980 patent with the requisite intent under 35 U.S.C. § 271(b).

111.    Upon information and belief, if the FDA approves ANDA No. 215676, Defendants will sell or offer to sell their generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe,

21

health care providers will administer, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim, including claim 1, of the '980 patent, and wherein a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '980 patent under 35 U.S.C. § 271(c).

112.    Upon information and belief, by filing ANDA No. 215676 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States prior to the expiration of the '980 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

113.    The Alembic Copack Notice Letter did not allege non-infringement as to at least claim 1 of the '980 patent.

114.    Upon information and belief, Defendants had actual knowledge of the '980 patent prior to the submission of ANDA No. 215676 to the FDA.

115.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215676 complained of herein were done by and for the benefit of Defendants.

116.    If Defendants' marketing and sale of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets prior to expiration of the '980 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

117.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic

22

Copack Notice Letter.

## SEVENTH COUNT FOR PATENT INFRINGEMENT
## ('630 PATENT) (ANDA NO. 215677)

118.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

119.    Plaintiffs received the Alembic Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215677 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '630 patent.

120.    The '630 patent claims, *inter alia*, a method for the treatment of cancer through inhibition of a cyclin-dependent kinase, comprising administering an effective amount of 7-cyclopentyl-2-(5-piperazin-1-yl-pyridin-2-ylamino)-7H-pyrrolo[2,3-d]pyrimidine-6-carboxylic acid dimethylamide or a pharmaceutically acceptable salt thereof.

121.    At least one claim, including claim 1, of the '630 patent covers FDA-approved methods of administering KISQALI®.

122.    Upon information and belief, Defendants submitted ANDA No. 215677 to the FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of generic 200 mg ribociclib tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215677, physicians, health care providers, and/or patients will use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '630 patent under 35 U.S.C. § 271(a).

123.    Upon information and belief, if the FDA approves ANDA No. 215677, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic ribociclib tablets according to Defendants' provided instructions

and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '630 patent with the requisite intent under 35 U.S.C. § 271(b).

124.    Upon information and belief, if the FDA approves ANDA No. 215677, Defendants will sell or offer to sell their generic ribociclib tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic ribociclib tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic ribociclib tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim, including claim 1, of the '630 patent, and wherein generic ribociclib tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '630 patent under 35 U.S.C. § 271(c).

125.    Upon information and belief, by filing ANDA No. 215677 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of Defendants' generic ribociclib tablets in or into the United States prior to the expiration of the '630 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

126.    The Alembic Notice Letter did not allege non-infringement as to at least claim 1 of the '630 patent.

127.    Upon information and belief, Defendants had actual knowledge of the '630 patent prior to the submission of ANDA No. 215677 to the FDA.

128.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215677 complained of herein were done by and for the benefit of Defendants.

24

129.    If Defendants' marketing and sale of generic ribociclib tablets prior to expiration of the '630 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

130.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic Notice Letter.

## EIGHTH COUNT FOR PATENT INFRINGEMENT
## ('630 PATENT) (ANDA NO. 215676)

131.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

132.    Plaintiffs received the Alembic Copack Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215676 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '630 patent.

133.    The '630 patent claims, *inter alia*, a method for the treatment of cancer through inhibition of a cyclin-dependent kinase, comprising administering an effective amount of 7-cyclopentyl-2-(5-piperazin-1-yl-pyridin-2-ylamino)-7H-pyrrolo[2,3-d]pyrimidine-6-carboxylic acid dimethylamide or a pharmaceutically acceptable salt thereof.

134.    At least one claim, including claim 1, of the '630 patent covers FDA-approved methods of administering KISQALI® FEMARA® Co-Pack.

135.    Upon information and belief, Defendants submitted ANDA No. 215676 to the FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215676, physicians, health care providers, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided

instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '630 patent under 35 U.S.C. § 271(a).

136.    Upon information and belief, if the FDA approves ANDA No. 215676, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '630 patent with the requisite intent under 35 U.S.C. § 271(b).

137.    Upon information and belief, if the FDA approves ANDA No. 215676, Defendants will sell or offer to sell their generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim, including claim 1, of the '630 patent, and wherein a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '630 patent under 35 U.S.C. § 271(c).

138.    Upon information and belief, by filing ANDA No. 215676 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or

importation of Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States prior to the expiration of the '630 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

139.    The Alembic Copack Notice Letter did not allege non-infringement as to at least claim 1 of the '630 patent.

140.    Upon information and belief, Defendants had actual knowledge of the '630 patent prior to the submission of ANDA No. 215676 to the FDA.

141.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215676 complained of herein were done by and for the benefit of Defendants.

142.    If Defendants' marketing and sale of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets prior to expiration of the '630 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

143.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic Copack Notice Letter.

### NINTH COUNT FOR PATENT INFRINGEMENT
### ('136 PATENT) (ANDA NO. 215677)

144.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

145.    Plaintiffs received the Alembic Notice Letter dated January 31, 2025, purporting to include a Notice of Certification for ANDA No. 215677 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '136 patent.

146.    The '136 patent claims, *inter alia*, methods for the treatment of cancer through inhibition of cyclin-dependent kinase 4 comprising administering a compound of formula I or a pharmaceutically acceptable salt thereof and methods for the treatment of cancer by inhibiting

cyclin-dependent kinase 4 comprising administering a compound of formula I(a) or a pharmaceutically acceptable salt thereof.

147.    At least one claim, including claim 1, of the '136 patent covers FDA-approved methods of administering KISQALI®.

148.    Upon information and belief, Defendants submitted ANDA No. 215677 to the FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of generic 200 mg ribociclib tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215677, physicians, health care providers, and/or patients will use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '136 patent under 35 U.S.C. § 271(a).

149.    Upon information and belief, if the FDA approves ANDA No. 215677, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic ribociclib tablets according to Defendants' provided instructions and/or label in an infringing manner, and will therefore induce infringement of at least one claim, including claim 1, of the '136 patent with the requisite intent under 35 U.S.C. § 271(b).

150.    Upon information and belief, if the FDA approves ANDA No. 215677, Defendants will sell or offer to sell their generic ribociclib tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic ribociclib tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic ribociclib tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one

28

claim, including claim 1, of the '136 patent, and wherein generic ribociclib tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '136 patent under 35 U.S.C. § 271(c).

151.    Upon information and belief, by filing ANDA No. 215677 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of Defendants' generic ribociclib tablets in or into the United States prior to the expiration of the '136 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

152.    The Alembic Notice Letter did not allege non-infringement as to at least claim 1 of the '136 patent.

153.    Upon information and belief, Defendants had actual knowledge of the '136 patent prior to the submission of ANDA No. 215677 to the FDA.

154.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215677 complained of herein were done by and for the benefit of Defendants.

155.    If Defendants' marketing and sale of generic ribociclib tablets prior to expiration of the '136 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

156.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic Notice Letter.

## TENTH COUNT FOR PATENT INFRINGEMENT
### ('136 PATENT) (ANDA NO. 215676)

157.    Plaintiffs reallege, and incorporate in full herein, each preceding paragraph.

158.    Plaintiffs received the Alembic Copack Notice Letter dated January 31, 2025,

29

purporting to include a Notice of Certification for ANDA No. 215676 under 21 U.S.C. § 355(j)(2)(B) and 21 C.F.R. § 314.95 as to the '136 patent.

159.    The '136 patent claims, *inter alia*, methods for the treatment of cancer through inhibition of cyclin-dependent kinase 4 comprising administering a compound of formula I or a pharmaceutically acceptable salt thereof and methods for the treatment of cancer by inhibiting cyclin-dependent kinase 4 comprising administering a compound of formula I(a) or a pharmaceutically acceptable salt thereof.

160.    At least one claim, including claim 1, of the '136 patent covers FDA-approved methods of administering KISQALI® FEMARA® Co-Pack.

161.    Upon information and belief, Defendants submitted ANDA No. 215676 to the FDA, under Section 505(j) of the Act and 21 U.S.C. § 355(j), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States, including Delaware. Upon information and belief, if the FDA approves ANDA No. 215676, physicians, health care providers, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label and will directly infringe, either literally or under the doctrine of equivalents, at least one claim, including at least claim 1, of the '136 patent under 35 U.S.C. § 271(a).

162.    Upon information and belief, if the FDA approves ANDA No. 215676, Defendants know and intend that physicians, health care providers, and/or patients will prescribe, administer, and/or use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets according to Defendants' provided instructions and/or label in an infringing manner, and

ME1 52511626v.1

will therefore induce infringement of at least one claim, including claim 1, of the '136 patent with the requisite intent under 35 U.S.C. § 271(b).

163.    Upon information and belief, if the FDA approves ANDA No. 215676, Defendants will sell or offer to sell their generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets with provided instructions and/or label in an infringing manner, wherein Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are a material part of the claimed invention, wherein Defendants know that physicians will prescribe, health care providers will administer, and/or patients will use Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in accordance with Defendants' provided instructions and/or label, wherein such use will directly infringe at least one claim, including claim 1, of the '136 patent, and wherein a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets are not staple articles or commodities of commerce suitable for substantial noninfringing use. Upon information and belief, Defendants will thus contribute to the infringement of at least one claim, including claim 1, of the '136 patent under 35 U.S.C. § 271(c).

164.    Upon information and belief, by filing ANDA No. 215676 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of Defendants' generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets in or into the United States prior to the expiration of the '136 patent, Defendants have committed an act of infringement under 35 U.S.C. § 271(e)(2).

165.    The Alembic Copack Notice Letter did not allege non-infringement as to at least claim 1 of the '136 patent.

166.    Upon information and belief, Defendants had actual knowledge of the '136 patent prior to the submission of ANDA No. 215676 to the FDA.

167.    Upon information and belief, Defendants' actions relating to Defendants' ANDA No. 215676 complained of herein were done by and for the benefit of Defendants.

168.    If Defendants' marketing and sale of a generic co-pack containing 200 mg ribociclib tablets and 2.5 mg letrozole tablets prior to expiration of the '136 patent and all other relevant activities are not enjoined, Plaintiffs will suffer substantial and irreparable harm for which there is no adequate remedy at law.

169.    This action was commenced within 45 days of Plaintiffs' receipt of the Alembic Copack Notice Letter.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray that this Court grant the following relief:

170.    Judgment that Defendants Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. have directly infringed, induced infringement of, and/or contributorily infringed one or more claims of the Asserted Patents by filing ANDA No. 215676 and ANDA No. 215677;

171.    A permanent injunction restraining and enjoining Defendants, and their affiliates, subsidiaries, and each of their officers, agents, servants, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, sale, or offer for sale in the United States, or importation into the United States, of the Alembic ANDA Products until the expiration of the last to expire of the Asserted Patents, inclusive of any extensions and additional periods of exclusivity;

172.    An order pursuant to 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval of ANDA No. 215676 and ANDA No. 215677 shall be a date that is no earlier than the expiration date of the latest to expire of the Asserted Patents, inclusive of any extensions and additional periods of exclusivity;

ME1 52511626v.1

173.    Damages or other monetary relief from Defendants for the infringement, inducement of infringement, or contributory infringement of the Asserted Patents if one or more Defendant engages in the commercial manufacture, use, sale, or offer for sale in the United States, or importation into the United States, of the Alembic ANDA Products prior to the expiration date of the latest to expire of the Asserted Patents, inclusive of any extensions and additional periods of exclusivity;

174.    A declaration that this case is an exceptional case pursuant to 35 U.S.C. § 285 and an award of attorney's fees;

175.    Plaintiffs' costs and expenses in this action; and

176.    Such other and further relief as the Court may deem just and proper.


Dated:  March 20, 2025

OF COUNSEL:

John D. Livingstone
M. David Weingarten, Ph.D.
Megan L. Meyers
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW, Suite 1400
Atlanta, GA 30306
Phone: (404) 653-6400
john.livingstone@finnegan.com
david.weingarten@finnegan.com
megan.meyers@finnegan.com

Matthew J. Hlinka
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
matthew.hlinka@finnegan.com

**MCCARTER & ENGLISH, LLP**

_/s/ Daniel M. Silver_
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T: (302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

_Attorneys for Plaintiffs Novartis_
_Pharmaceuticals Corporation_
_and Astex Therapeutics Ltd._

33